1

2

3

4

5

6                          UNITED STATES DISTRICT COURT

7                         EASTERN DISTRICT OF CALIFORNIA

8

9   ISAIAH J. PETILLO,                          1:21-cv-01020-GSA (PC)

10                   Plaintiff,
                                                ORDER TO SUBMIT APPLICATION
11          v.                                  TO PROCEED IN FORMA PAUPERIS
                                                OR PAY FILING FEE WITHIN 45 DAYS
12  REYNALDO JASSO, et al.,

13                   Defendants.

14

15         Plaintiff is a state prisoner proceeding *pro se* in a civil rights action pursuant to 42 U.S.C.

16  § 1983.  Plaintiff has not paid the $402.00 filing fee, or submitted an application to proceed *in*

17  *forma pauperis* pursuant to 28 U.S.C. § 1915.

18         Accordingly, IT IS HEREBY ORDERED that:

19         Within forty-five (45) days of the date of service of this order, plaintiff shall submit the

20  attached application to proceed *in forma pauperis*, completed and signed, or in the alternative,

21  pay the $402.00 filing fee for this action. **No requests for extension will be granted without a**

22  **showing of good cause**. **Failure to comply with this order will result in dismissal of this**

23  **action.**

24
    IT IS SO ORDERED.
25

26      Dated:    **July 1, 2021**                    **/s/ Gary S. Austin**
                                                UNITED STATES MAGISTRATE JUDGE
27

28